OPINION — AG — **** ATTORNEY'S FEES — REPLEVIN ACTIONS **** THE ATTORNEY'S FEES IN REPLEVIN ACTIONS WILL BE SET BY THE COURT AND THE BASIC CONDITION IS THAT THE ATTORNEY'S FEE BE REASONABLE, 12 O.S. 1978 Supp., 1580 [12-1580]; SUBJECT ONLY TO THE RESTRICTIONS INVOLVING CONSUMER CREDIT SALES AND LEASES OF 14A O.S. 1971 2-413 [14A-2-413] CITE: 14A O.S. 1971 2-401 [14A-2-401] (LEWIS E. DARRELL)